JANUARY 22, 1958

**No. 61500.**—SUIT 4912.—Star-Kist Foods, Inc. *v.* United States (Bruno Scheidt, Inc., party in interest).—

—C. D. 1819 reversed and remanded November 22, 1957. (Case restored to docket of trial court.) C. A. D. 666.

JANUARY 24, 1958

**No. 61501.**—SUIT 4906.—Charles Garcia & Co., Inc. *v.* United States.—

C. D. 1808 affirmed June 25, 1957. C. A. D. 663.

BEFORE THE FIRST DIVISION, JANUARY 29, 1958

**No. 61502.**—S. S. Kresge Co. et al. *v.* United States, protests 297340–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of aquarium sea moss similar in all material respects to that the subject of *Westchester Aquarium Supply Co.* v. *United States* (36 Cust. Ct. 146, C. D. 1767), the claim of the plaintiffs was sustained.

**No. 61503.**—F. H. Hillel Company et al. *v.* United States, protests 167837–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.